AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America <br> v. <br><br> Kelvin Leon <br> DOB: XXXXXX <br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Case: 1:25-mj-00202 <br> Assigned To: Judge Harvey, G. Michael <br> Assign. Date: 9/4/2025 <br> Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____July 25, 2025____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|

Possession of a Machine Gun (18 U.S.C. 922(o));,
Possession of an Unregistered Firearm (26 U.S.C. 5845(a), 5861(d), and 5871); ,
Endangerment with a Firearm (Public Place) (22 D.C. Code, Section 4503.03(a)(2)(B)); ,
Unlawful Discharge of a Firearm (22 D.C. Code, Section 4503.01)..

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Nobi Thomas, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___09/04/2025___

_____
*Judge's signature*

City and state: ____Washington, D.C.____     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*