## STATEMENT OF FACTS

On July 14th, 2025, Metropolitan Police Department ("MPD") of the District of Columbia Investigator Kelemen received a firearm tip from an anonymous citizen. The tip stated that a gentleman in the window of apartment "101" pointed a firearm out of the window and fired it in the air. The anonymous caller described the shooter as a Hispanic male, mid-20s, possibly 5'7", skinny build, dark hair in a bowl cut, wearing a tank top with multiple tattoos on his chest. Investigator Kelemen reached out to the phone number provided on the tip. The anonymous citizen answered the phone and spoke with Investigator Kelemen.

After further investigation, Investigator Kelemen was able to obtain a D.C. Superior Court Search Warrant for ▮▮▮▮▮.

On July 24, 2025, members of MPD's Violent Crime Suppression Division ("VCSD") responded to ▮▮▮▮▮ to execute the aforementioned search warrant (2025 CSWSLD 003161). MPD Sgt. Wershbale and MPD Investigator Hinostroza conducted a knock and announce. The door was opened by an occupant inside. Two individuals were present at the residence and detained in the living room without incident. Once the residence was secured and photographed, a search of the premises was conducted. Inside one of the bedrooms in the property, law enforcement found and seized a Privately-Made-Firearm (PMF), manufactured from a "Polymer80" kit, bearing no Serial Number ("SN"), 9mm semiautomatic pistol, with fifteen rounds in the magazine and a Machine-gun Conversion Device ("MCD"). Investigators also located a satchel bag in the same bedroom which contained multiple cards and bank cards for Kelvin LEON ▮▮▮▮▮), who had been detained in the living room of the residence.

Based on your affiant's training and experience, an MCD is utilized to convert a semi-automatic firearm to one that shoots more than one round of ammunition, without manual reloading, by a single function of the trigger, i.e., a machine gun.

Based on the facts and circumstances surrounding the seized evidence, LEON was placed under arrest for an Unregistered Firearm, Unregistered Ammunition, Possession of a High-Capacity magazine and Possession of a Machine Gun. LEON was then transported to MPD's 6th District station for processing.

Once at the 6th District, your affiant, MPD Investigator Tipps, and MPD Investigator Hernandez-Martinez interviewed LEON after LEON voluntarily waived his Miranda rights. During that discussion, LEON told your affiant and the other investigators that: (i) an incident took place where two men were messing with scooters that belonged to him; (ii) the scooters were located in the grassy area in the front of the apartment building; (iii) the two men began to argue about the scooters when LEON placed his firearm out of the window, firing one shot towards the sky to scare them off; (iv) he purchased the seized firearm approximately three weeks before the interview; and (v) he purchased the MCD after one week of owning the firearm. LEON displayed knowledge of the function and capability of the MCD he affixed to the firearm. LEON explained that he affixed the MCD to the firearm after watching instructional videos on YouTube.

      Members of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") queried the ATF National Firearms Act ("NFA") Database and the ATF Federal Licensing System to determine whether LEON had an NFA registration, Federal Firearms License, or Permit for the PMF (bearing no SN), 9mm semi-automatic pistol, affixed with an MCD. No such registration, license, or permit was found.

                                              Respectfully Submitted,

                                              Special Agent Nobi Thomas
                                              Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September 04, 2025.

                                              HONORABLE G. MICHAEL HARVEY
                                              UNITED STATES MAGISTRATE JUDGE